UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:04-CR-5020 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| JOE FRANCO CUELLAR, ) | PASSPORT |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having surrendered to the Bureau of Prisons,

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or his representative.

IT IS SO ORDERED.

**Dated:   March 8, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE